# Notice Recipients

District/Off: 0756−1     User: admin     Date Created: 11/27/2023
Case: 23−05274−RLM−7A     Form ID: b309d     Total: 40

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | All−Green, Inc. | 7201 New Augusta Rd. | Indianapolis, IN 46268 |
| ust | U.S. Trustee | Office of U.S. Trustee | 46 E Ohio Street, Room 520    Indianapolis, IN 46204 |
| tr | Jenice Golson−Dunlap | Jenice Golson−Dunlap, Trustee | P O BOX 68328    Indianapolis, IN 46268 |
| aty | Steven J. Halbert | 9465 Counselors Row    Suite 200 | Indianapolis, IN 46240 |
| 16775859 | AES | PO Box 110 | Indianapolis, IN 46206 |
| 16775858 | Advanced Turf Solutions | 12955 Ford Dr. | Fishers, IN 46038 |
| 16775860 | All Points Tree Servcie, Inc. | 7201 Augusta Rd | |
| 16775861 | Ally Financial | PO Box 9001948 | Louisville, KY 40290−1948 |
| 16775862 | Angies List | 130 E. Washington St | Indianapolis, IN 46268 |
| 16775863 | Archer Energy | 9777 Fairway Dr | Powell, OH 43065 |
| 16775864 | Automatic Supply | PO Box 841382 | Dallas, TX 75284−1382 |
| 16775865 | Better Business Bureau | 2601 Fortune Cir East    # 103A | Indianapolis, IN 46241 |
| 16775866 | Chase | PO Box 94014 | Palatine, IL 60094−4014 |
| 16775867 | Chase Business | PO Box 9001022 | Louisville, KY 40290−4022 |
| 16775868 | Citizens Energy Group | PO Box 7056 | Indianapolis, IN 46207−7056 |
| 16775869 | Comcast | PO Box 70219 | Philadelphia, PA 19176 |
| 16775870 | David E Dearing, Attorney | 921 E. 86th St.    Suite 120 | Indianapolis, IN 46240 |
| 16775871 | Dell Financial Services | PO Box 5275 | Carol Stream, IL 60197−5275 |
| 16775872 | Eagle Group | 6420 Guion Rd | Indianapolis, IN 46268 |
| 16775873 | Elevation CPA Group | 3901 W. 86th St.    Suite 120 | Indianapolis, IN 46268 |
| 16775874 | Fundbox | 6900 Dallas Parkway    Ste 700 | Plano, TX 75024 |
| 16775875 | Intuit Quickbooks | 2800 E. Commerce Centr Pl | Tucson, AZ 85706 |
| 16775876 | John Deere Credit | PO Box 4450 | Carol Stream, IL 60197−4450 |
| 16775877 | Kapitus | 2500 West Wilbn Blvd    Suite 350 | Arlington, VA 22201 |
| 16775878 | Marion County Treasurer | PO Box 6145 | Indianapolis, IN 46204 |
| 16775879 | NFIB Credit Card | PO Box 2818 | Omaha, NE 68103−2818 |
| 16775880 | North Star Leasing | PO Box 4505 | Burlington, VT 05406−4505 |
| 16775881 | Office Depot | PO Box 70612 | Newark, DE 19716−0612 |
| 16775882 | Raistone Capital Holdings, LLC | 360 Madison Ave    Fl 22 | New York, NY 10017 |
| 16775883 | Real Green Solutions | 4375 Pineview | Walled Lake, MI 48390 |
| 16775884 | Sams Club | PO Box 530981 | Atlanta, GA 30353−0981 |
| 16775885 | Shell Small Business | WEX Bank    PO Box 6293 | Carol Stream, IL 60197 |
| 16775886 | SiteOne Landscape | 8569 Zionsville Rd | Indianapolis, IN 46268−1511 |
| 16775887 | Small Business Administration | PO Box 3918 | Portland, OR 97208−2918 |
| 16775888 | Sunbelt Rentals | PO Box 409211 | Atlanta, GA 30384−9211 |
| 16775889 | Thryv Inc. | PO Box 619009 | Dallas, TX 75261−9009 |
| 16776482 | U.S. Attorney's Office | 10 W Market St Ste 2100 | Indianapolis IN 46204−3048 |
| 16775890 | US Bank | PO Box 790401 | Saint Louis, MO 63179−0401 |
| 16775891 | Verizon | 1428 W. 86th St | Indianapolis, IN 46268 |
| 16775892 | Waste Management | PO Box 3020 | Monroe, WI 53566−8320 |

TOTAL: 40