United States Bankruptcy Court
Southern District of Indiana

In re:                                                                                    Case No. 23-05274-RLM
All-Green, Inc.                                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0756-1                        User: admin                              Page 1 of 2
Date Rcvd: Nov 27, 2023                     Form ID: b309d                            Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | All-Green, Inc., 7201 New Augusta Rd., Indianapolis, IN 46268-2233 |
| 16775859 | + | AES, PO Box 110, Indianapolis, IN 46206-0110 |
| 16775858 | + | Advanced Turf Solutions, 12955 Ford Dr., Fishers, IN 46038-2899 |
| 16775862 | + | Angies List, 130 E. Washington St, Indianapolis, IN 46204-4604 |
| 16775863 | + | Archer Energy, 9777 Fairway Dr, Powell, OH 43065-6947 |
| 16775864 | | Automatic Supply, PO Box 841382, Dallas, TX 75284-1382 |
| 16775865 | + | Better Business Bureau, 2601 Fortune Cir East, # 103A, Indianapolis, IN 46241-5523 |
| 16775868 | | Citizens Energy Group, PO Box 7056, Indianapolis, IN 46207-7056 |
| 16775870 | + | David E Dearing, Attorney, 921 E. 86th St., Suite 120, Indianapolis, IN 46240-1841 |
| 16775872 | + | Eagle Group, 6420 Guion Rd, Indianapolis, IN 46268-2531 |
| 16775873 | + | Elevation CPA Group, 3901 W. 86th St., Suite 120, Indianapolis, IN 46268-5734 |
| 16775875 | + | Intuit Quickbooks, 2800 E. Commerce Centr Pl, Tucson, AZ 85706-4560 |
| 16775876 | | John Deere Credit, PO Box 4450, Carol Stream, IL 60197-4450 |
| 16775877 | | Kapitus, 2500 West Wilbn Blvd, Suite 350, Arlington, VA 22201 |
| 16775879 | | NFIB Credit Card, PO Box 2818, Omaha, NE 68103-2818 |
| 16775880 | | North Star Leasing, PO Box 4505, Burlington, VT 05406-4505 |
| 16775881 | | Office Depot, PO Box 70612, Newark, DE 19716-0612 |
| 16775882 | + | Raistone Capital Holdings, LLC, 360 Madison Ave, Fl 22, New York, NY 10017-7111 |
| 16775883 | + | Real Green Solutions, 4375 Pineview, Walled Lake, MI 48390-4129 |
| 16775885 | + | Shell Small Business, WEX Bank, PO Box 6293, Carol Stream, IL 60197-6293 |
| 16775886 | | SiteOne Landscape, 8569 Zionsville Rd, Indianapolis, IN 46268-1511 |
| 16775889 | | Thryv Inc., PO Box 619009, Dallas, TX 75261-9009 |
| 16775891 | + | Verizon, 1428 W. 86th St, Indianapolis, IN 46260-2181 |
| 16775892 | | Waste Management, PO Box 3020, Monroe, WI 53566-8320 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: shalbertlaw@gmail.com | Nov 27 2023 21:41:00 | Steven J. Halbert, 9465 Counselors Row, Suite 200, Indianapolis, IN 46240 |
| tr | + | EDI: BJGOLSONDUNLAP.COM | Nov 28 2023 02:36:00 | Jenice Golson-Dunlap, Jenice Golson-Dunlap, Trustee, P O BOX 68328, Indianapolis, IN 46268-0328 |
| ust | + | Email/Text: ustpregion10.in.ecf@usdoj.gov | Nov 27 2023 21:41:00 | U.S. Trustee, Office of U.S. Trustee, 46 E Ohio Street, Room 520, Indianapolis, IN 46204-1907 |
| 16775861 | | EDI: GMACFS.COM | Nov 28 2023 02:36:00 | Ally Financial, PO Box 9001948, Louisville, KY 40290-1948 |
| 16775869 | + | EDI: COMCASTCBLCENT | Nov 28 2023 02:36:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 16775871 | | Email/PDF: DellBKNotifications@resurgent.com | Nov 27 2023 21:41:09 | Dell Financial Services, PO Box 5275, Carol Stream, IL 60197-5275 |

District/off: 0756-1        User: admin        Page 2 of 2

Date Rcvd: Nov 27, 2023        Form ID: b309d        Total Noticed: 39

| | | | | |
|---|---|---|---|---|
| 16775874 | ^ | MEBN | Nov 27 2023 21:37:44 | Fundbox, 6900 Dallas Parkway, Ste 700, Plano, TX 75024-7188 |
| 16775866 | | EDI: JPMORGANCHASE | Nov 28 2023 02:36:00 | Chase, PO Box 94014, Palatine, IL 60094-4014 |
| 16775867 | | EDI: JPMORGANCHASE | Nov 28 2023 02:36:00 | Chase Business, PO Box 9001022, Louisville, KY 40290-4022 |
| 16775878 | + | Email/Text: MCTBankruptcy@indy.gov | Nov 27 2023 21:41:00 | Marion County Treasurer, PO Box 6145, Indianapolis, IN 46206-6145 |
| 16775884 | | EDI: SYNC | Nov 28 2023 02:36:00 | Sams Club, PO Box 530981, Atlanta, GA 30353-0981 |
| 16775887 | + | Email/Text: bankruptcynotices@sba.gov | Nov 27 2023 21:41:00 | Small Business Administration, PO Box 3918, Portland, OR 97208-3918 |
| 16775888 | ^ | MEBN | Nov 27 2023 21:37:54 | Sunbelt Rentals, PO Box 409211, Atlanta, GA 30384-9211 |
| 16776482 | + | Email/Text: USAINS.ECFBankruptcy@usdoj.gov | Nov 27 2023 21:41:00 | U.S. Attorney's Office, 10 W Market St Ste 2100, Indianapolis IN 46204-1986 |
| 16775890 | | EDI: USBANKARS.COM | Nov 28 2023 02:36:00 | US Bank, PO Box 790401, Saint Louis, MO 63179-0401 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16775860 | | All Points Tree Servcie, Inc., 7201 Augusta Rd |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 29, 2023        Signature:     /s/Gustava Winters

<u>Information to identify the case:</u>

| | | | |
|---|---|---|---|
| Debtor: | **All–Green, Inc.** | EIN: | 35–1462008 |
| | Name | | |

United States Bankruptcy Court – Southern District of Indiana

Date case filed in chapter 7:   November 24, 2023

Case number:   **23–05274–RLM–7A**

## Official Form 309D (For Corporations or Partnerships)
## Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set
10/2020

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, the debtor, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at pacer.insb.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | All–Green, Inc. | |
| 2. | **Other names** (used in last 8 years) | None | |
| 3. | **Address** | 7201 New Augusta Rd. Indianapolis, IN 46268 | |
| 4. | **Debtor's attorney** Name and address | Steven J. Halbert 9465 Counselors Row Suite 200 Indianapolis, IN 46240 | Contact info: 317–805–4717 or shalbertlaw@gmail.com |
| 5. | **Bankruptcy trustee** Name and address | Jenice Golson–Dunlap Jenice Golson–Dunlap, Trustee P O BOX 68328 Indianapolis, IN 46268 | Contact info: 317–263–3580 |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address or ecf.insb.uscourts.gov. You may inspect all records filed in this case at this office or pacer.insb.uscourts.gov. | United States Bankruptcy Court Southern District of Indiana 46 E Ohio St Rm 116 Indianapolis, IN 46204 | Open weekdays 8:30 AM – 4:30 PM ET  Contact info: 317–229–3800 |
| 7. | **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket. | **December 19, 2023 at 01:30 PM Eastern**  Language interpretation of the meeting of creditors will be provided to the debtor at no cost through a telephone interpreter service upon request made to the trustee. | Location:  zoom.us/j/9949531460 Meeting ID: 994 953 1460 Passcode: 8721883390 Phone:  463–259–7341  For additional information, visit justice.gov/ust/moc. |

For more information, see page 2 >

Debtor All–Green, Inc.                                                                 Case number 23–05274–RLM–7A

| 8. | **Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. Instructions for filing a proof a claim or obtaining a form can be found at www.insb.uscourts.gov/filing_claims.html. A proof of claim form can also be obtained from any bankruptcy clerk's office.<br><br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **For governmental units only:**<br>**May 22, 2024**<br><br>For all others:<br>**February 2, 2024** |
|---|---|---|---|
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have a question about your rights in this case. | |
| 10. | **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| 11. | **Abandonment of property** | Pursuant to S.D.Ind. B–6007–1, a trustee's report of no distribution serves as a notice proposing the abandonment of all property from the estate. No further notice of the abandonment will be given unless a party in interest files a request for further notice of abandonment no later than **one day** before the first date set for the 341 meeting. Any party filing such a request will be given notice upon filing of the report of no distribution and have **14 days** to object to the abandonment. | |